AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Shaquille P. Robinson<br>and<br>Dierdre Denise Dixon<br><br>*Defendant(s)* | )<br>)<br>) Case No. 20-MJ-8086-DLB<br>)<br>)<br>) |

FILED BY SP D.C.
FEB 2 4 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __See Attached Affidavit__ in the county of __Palm Beach and elsewhere__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(2) | Access Device Fraud |
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sarah Schaut, Task Force Office (USSS)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-24-2020

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate
*Printed name and title*

## AFFIDAVIT

I, **Sarah Schaut,** being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am employed with the Plantation Police Department and currently assigned to the Criminal Investigations Division (CID) as an Economic Crimes Detective. I have been employed in a law enforcement capacity since April 2011, with the past three years assigned to CID. I have been dually sworn as a Task Force Officer (TFO) with the United States Secret Service (USSS) since January 2019 and assigned to the South Florida Organized Fraud Task Force of the Miami Field Office. I have been trained to conduct criminal investigations involving or relating to the financial infrastructure of the United States, including identity theft, counterfeit United States currency, wire fraud and access device fraud. I have completed the Basic Recruit Certificate of Compliance for Law Enforcement Officers at the Institute of Public Safety, Davie, FL.

2. The facts in this affidavit come from my personal observations, my training and experience, review of police reports, and information obtained from other law enforcement officers and witnesses. Because this affidavit is provided for the limited purpose of establishing probable cause for the charges in the Complaint, this affidavit does not set forth ever fact known to me regarding this investigation.

## PURPOSE OF THE AFFIDAVIT

3. This affidavit is submitted for the limited purpose of establishing probable cause to support the charges set forth in the attached complaint. Your affiant submits, based on the facts set forth below, that there is probable cause to arrest DIERDRE DENISE DIXON and SHAQUILLE P. ROBINSON, for violation of the following offenses:

- Between October 18, 2018, in Palm Beach County, Florida, and elsewhere, the defendants, SHAQUILLE P. ROBINSON and DIERDRE DENISE DIXON, did knowingly and with intent to defraud use one or more unauthorized access devices during a one year period, and by such conduct, obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, Unite States Code, Section 1029(a)(2) and 2.

- On October 18, 2018, January 29, 2019, and February 24, 2019, in Palm Beach County, Florida, the defendant, SHAQUILLE ROBSINSON, did knowingly execute a scheme or artifice to obtain any of the moneys, funds, and credits, owned by, or under the custody or control of, a financial institution by means of false or fraudulent pretenses, representations, or promises, in violation of Title 18, United States Code, Sections 1344 and 2.

- On January 29, 2019, and February 24, 2019, in Palm Beach County, Florida, the defendant, DIERDRE DENISE DIXON, did knowingly execute a scheme or artifice to obtain any of the moneys, funds, and credits, owned by, or under the custody or control of, a financial institution by means of false or fraudulent pretenses, representations, or promises, in violation of Title 18, United States Code, Sections 1344 and 2.

- On October 18, 2018, January 29, 2019, and February 24, 2019, in Palm Beach County, Florida, the defendant, SHAQUILLE ROBSINSON, did, during and in relation to an enumerated felony, knowingly use, without lawful authority, a means of identification of another person, in violation of Title 18, United States Code, Sections 1028A and 2.

- On January 29, 2019, and February 24, 2019, in Palm Beach County, Florida, the defendant, DIERDRE DENISE DIXON, did, during and in relation to an enumerated felony, knowingly use, without lawful authority, a means of identification of another person, in violation of Title 18, United States Code, Sections 1028A and 2.

### Summary of the General Fraud Scheme.

1. Your affiant is a member of an investigative task force investigating an ongoing bank fraud scheme targeting elder victims living in South Florida. Based upon victim interviews and contact with the affected financial institutions, this section provides a general overview of how the fraud scheme generally works.

2. In general, each individual victim is telephonically contacted by a professional sounding caller. To your affiant's knowledge, the caller is always a female. That caller states that

she is a bank representative from the victim's bank. The caller tells the victim, falsely, that the victim's account has been compromised.

3.	The bank and account type vary with each victim, but in general, the caller is attempting to get access to the victim's credit and debit cards. According to the victims, the caller supplies banking information regarding the victim's account that convinces each victim that the call is legitimate. For example, multiple victims have stated that the caller had their last transaction information. The caller will then include some fictitious transaction descriptions with the legitimate transaction descriptions, which then convinces the individual victim that their account or bank card has been compromised.

4.	The caller then offers to send a "bank representative" to the victim's home to exchange the "compromised" card with a new one. The victims report a "bank representative" arrives at their residence shortly thereafter, usually while the victim is still on the phone with the original caller. The "bank representative" then obtains the victims "compromised" debit and/or credit card(s) with the promise of returning with a new uncompromised card. Usually the caller has already convinced the individual victim into "verifying" his or her PIN number.[1] After the "bank representative" leaves with the compromised cards, that representative and another coconspirator then spend money as quickly as possible, often withdrawing cash from ATMs, purchasing money orders from Publix, and otherwise using the accounts as quickly as possible. Surveillance video obtained from the various stores and ATMs show that the suspects utilizing the cards are often speaking on the telephone with an unknown person while at the Publix/Store or bank ATM machine.

---

[1] Some victims have denied providing their PIN numbers. It is unclear at this time whether the subjects obtain the PIN through other means, whether those victims are mistaken, or if the subjects then use those cards only for transactions that will not require entry of a PIN.

3

5. This fraud scheme has been ongoing since at least August 2016 and continues through the present. Law enforcement and financial institutions have identified over 200 individual victims identified in Broward, Palm Beach, St. Lucie, Indian River, and elsewhere. Most of the victims are elderly and living in retirement communities. The financial institutions report more than $1,000,000 in financial loss. While some arrests of persons' responsible for using the cards have been made by local police departments, the group tends to move operations to different counties when one area becomes too hot.

### Dierdre Dixon's Video-Recorded Confession – April 5, 2019

6. On April 5, 2019, the Palm Beach Sherriff's Office (PBSO) arrested Dixon after she was identified as a suspect in one of the individual cases involving a Palm Beach victim. After her arrest, during a video and audio recorded interview, Dixon waived her *Miranda* rights and agreed to speak to different state agency detectives. During this videotaped confession, Dixon admitted becoming involved with the conspiracy on one occasion in October, 2018, and then on a more consistent basis starting in December, 2018. Dixon participated in the conspiracy through the date of her arrest on or about April 5, 2019.

7. Dixon indicated the leader, Subject 1, was responsible for identifying the victims in elder communities. Subject #1 would then provide the information on where to go to pick up the debit and credit cards to Dixon and her driver. During the course of the recorded interviews, Dixon admitted posing as a bank employee and entering multiple victims' houses. Once Dixon obtained the bank card(s), Dixon and the driver would go to ATM machines to withdraw cash and Publix to purchase money orders. Dixon admitted using the ATM once, but said she primarily purchased money orders from Publix using the victim's PIN number. Subject 1 sent the PIN number to Dixon by text. Dixon would purchase money orders in the amounts instructed by Subject #1. Dixon also admitted purchasing computers on one occasion, which she believed were

for Subject #1. Dixon would receive a cut of the cash from the ATM withdrawals, which were done by her driver, usually in the amount of $500 per job.[2] During the interview, Dixon identified herself in multiple photographs that were taken at different locations where stolen cards were uses.

8. Dixon estimated that she participated in the scheme on 30 to 40 occasions. Dixon said she did not drive herself, but always used a driver. Dixon's usual driver she identified as "Mishaq" (phonetic spelling), but she believed that name was an alias. Dixon identified an ATM photograph of a black male in PBSO Case No. 19-031246 using victim R.S.'s debit card at an ATM machine as her driver. (As described below, the person in that photograph has subsequently been confirmed as Robinson through further investigation). During the course of the interview, Dixon said the last car they (she and her driver) used was a Chrysler 300.

### Three examples involving DIXON & ROBINSON

9. This section provides three illustrations of the general scheme described above, where Dixon and Robinson have each been identified as a participant. Each of the banks described below ultimately suffered the financial loss. These banks do business in multiple states and are headquartered outside the State of Florida where the victims were located. Each of these banks is also FDIC-insured.

### October 18, 2018
### Victim "J.G." in Boynton Beach, Florida
### (PBSO Case No. 18-134984)

10. Victim "J.G." reports receiving a telephone call at J.G.'s Boynton Beach residence on October 18, 2018. Per "J.G.", the female caller identified herself as "Melanie Lewis" from the Wells Fargo Bank, located at 10845 S Jog Rd, Boynton Beach, Florida. Melanie recited J.G.'s

---

[2] Dixon said she received $200 for the October job.

5

account information and advised J.G. that there were fraudulent charges made to J.G.'s Well Fargo checking account. Melanie said the fraudulent charges totaled $7,159.17. Melanie advised J.G. that she was going to send a representative from Wells Fargo to J.G.'s Boynton residence to obtain J.G.'s Wells Fargo debit card ending in 4042 and his Wells Fargo credit card ending in 7533.[3]

11. At approximately 1500 hours, a black female identifying herself as Kelly arrived at J.G.'s door. Believing Kelly was a Wells Fargo employee, J.G. provided Kelly with his two cards and she advised him that she will destroy the cards.

12. J.G. has identified the following fraudulent charges and unauthorized transactions on his Wells Fargo accounts that occurred on the date that he provided his debit card and credit card to Kelly. Using J.G.'s identity, one of the conspirators called Wells Fargo multiple times posing as J.G. to raise the ATM withdrawal and Point of Sale limits, check on a $5000 from J.G.'s credit card, unlock the accounts, and conduct other transactions in J.G.'s name.[4] Based upon review of J.G.'s statement, there were also fraudulent purchases made on J.G.'s credit card, including a $500 cash advance withdrawal at 120 North Dixie Highway, Lake Worth, Florida, and $605.88 purchase at a yet to be identified location.

13. In addition to what was listed in the preceding paragraph, the following purchases/withdrawals were made using J.G.'s debit card ending in 4042.

| No. | Date | Amount | Location |
| --- | --- | --- | --- |
| 1. | 18Oct2018 | $2,000 | ATM AT 8768 BOYNTON BEACH BLVD, BOYNTON BEACH FL, 33473 WELLS FARGO BRANCH. |

---

[3] Both cards were Visa cards. Vias operated in all fifty states and multiple foreign countries. Your affiant knows that credit card companies receive a small percentage of each transaction, so use of these cards affects interstate and foreign commerce.

[4] There are approximately 15 recordings, using call centers located in: Shoreview, MN; Birmingham, AL; El Monte, CA; Salem, OR; Beaverton, OR; Westlake, TX; Phoenix - Rose Garden, AZ; Sioux Falls, SD; Lubbock, TX; McKinley, and the Philippines.

| 2. | 18Oct2018 | $1502.67 | 8340 JOG RD, BOYNTON BEACH FL, 33472 PUBLIX |
| 3. | 18Oct2018 | $2705.34 | 133 N CONGRESS BLVD, BOYNTON BEACH, FL, 33426 PUBLIX |
| 4. | 18Oct2018 | $1603.56 | 1005 W GATEWAY BLVD, BOYNTON BEACH, FL, 33426 PUBLIX |
| 5. | 18Oct2018 | $1302.67 | 1589 LANTANA RD, LANTANA FL, 33462 PUBLIX |
| 6. | 18Oct2018 | $1202.67 | 501 SE 18TH AVENUE, BOYNTON BEACH, FL, 33435 PUBLIX |
| 7. | 18Oct2018 | $77.13 | 214 N DIXIE HWY, LAKE WORTH, FL, 33460 PUBLIX |

Most of the Publix transactions above were for Western Union money orders. The total loss to Wells Fargo Bank for the debit transactions listed above was approximately $10,394.00.

14. On October 19, 2018, at least seven additional transactions were attempted (using which card) at several Publix in Broward County totaling $8,710.68 which were all declined. One of those attempted transactions was an attempted ATM withdrawal of $2000 that took place at 3:03 a.m. in Lauderhill, Florida.

15. Wells Fargo security subsequently provided video stills of the two ATM transactions. The first transaction, is identified as #1 above. The second attempted transaction occurred at 3:03 a.m., on October 19, 2018, at an ATM located in Lauderhill FL for $2,000 (**ROBINSON**'s probation officer has identified **ROBINSON** as the man making the transactions in both photographs.[5]

---

[5] At the Publix located at 8340 S. Jog Rd (Transaction #2), a black female is observed paying for a Western Union money order with J.G.'s debit card.

7

16. Each card was issued in J.G.'s name. Wells Fargo is a bank that is headquartered in California and does business in multiple states. Wells Fargo is FDIC insured.

**January 29th, 2019**
**Victim "R.S." – Boynton Beach, Florida**
**PBSO Case No. 19-031246**

17. The victim, R.S., reports receiving a phone from an unknown number on January 29, 2019. The female caller told R.S. that she was a Bank of America representative. The caller told R.S. that the bank had identified recent fraudulent activity on R.S.'s debit and credit cards. The caller said she was going to send someone to R.S. Boynton Beach residence to replace the cards.

18. A black female, identifying herself as Kelly, from Bank of America arrived at R.S.'s residence. R.S. invited Kelly inside. Kelly took possession of 2 BoA debit cards and 2 BoA credit cards:

   A. Debit Card #3521 in name of "R.S.";
   B. Debit Card #2657 in name of "T.S.";
   C. Credit Card #9834 in name of "R.S."
   D. Credit Card #4971 in name of "R.S." [6]

19. When Kelly[7] never returned, R.S. contacted Bank of America customer service to cancel the cards. Customer service was able to access her banking account information and noticed several fraudulent charges pending. The cards were used multiple times, including at an ATM machine, two Publix stores in Boynton Beach, Best Buy located in unincorporated Boca Raton, and an online purchase at build.com.

---

[6] Information regarding this credit card number is pending.
[7] Kelly is DIXON.

8

20.  A review of the victim's Bank of America statements included the following fraudulent activity:

| No. | Date & App. Time | Card & ID | Amount | Location |
|---|---|---|---|---|
| #1 | 29Jan2019 at 17:43 | Debit Card #3521 in name of R.S. | $600.00 | BofA ATM, 9760 S Military Trail, Boynton Beach, FL 33436 at 1743hrs |
| #2 | 29Jan2019 at 18:37 | Debit Card #3521 in name of "R.S." | $1,502.67 | Publix Store #1041, 1005 Gateway Blvd., Boynton Beach, Florida |
| #3 | 29Jan2019 at 18:39 | Debit Card #3521 in name of "R.S." | $1,0001.78 | Publix Store #1041, 1005 Gateway Blvd., Boynton Beach, Florida |
| #4 | 19Jan2019 at 18:41 | Debit Card #3521 in name of "R.S." | $2.99 | Publix Store, 1005 Gateway Blvd., Boynton Beach, Florida |
| #5 | 29Jan2019 at 18:22 time | Debit Card #3521 in name of "R.S." | $1,502.67 | Publix Store, 133 N Congress Blvd, Boynton Beach, Fl, 33426 |
| #6 | 29Jan2019 at 19:26 | Credit Card #9834 in name of "R.S." | $999.00 | Best Buy, 20540 State Road 7, Boca Raton, Florida |
| #7 | 29Jan2019 at 19:26 | Credit Card #9834 in name of "R.S." | $299.00 | Best Buy, 20540 State Road 7, Boca Raton, Florida |
| #8 | 29Jan2019 at unknown time | Credit Card #9834 in name of "R.S." | $3,349.27 | Build.com Order No. 70542112 (online vendor) |

9

21. Evidence linking ROBINSON to this specific fraud includes ATM footage related to Transaction #1. Specifically, Bank of America provided ATM video of the $600 ATM withdrawal (Transaction #1 above) that occurred at 9760 S Military Trail, Boynton Beach, FL 33436. In that video you see a black male, identified as ROBINSON by his state probation officer, wearing a black hooded jacket and sunglasses walk to the ATM machine and use the debit card to make the $600 withdrawal.[8] DIXON has also been show this photograph and confirmed that the person that photograph is her driver ("Misaq").

22. Publix video for the stored located at 1005 Gateway Blvd, Boynton Beach, FL 33426 captured images of DIXON completing Transactions #2 - #4). The person in the Publix video is also visible making fraudulent transactions at the Best Buy. DIXON identified herself when shown the Best Buy video during her post-*Miranda* interview on April 5, 2019. DIXON also was identified by a Best Buy employee using a six-person lineup as the person who made the two purchases at Best Buy (Transaction #6 and #7) and attempted a third purchase before leaving that store. R.S. was not able to make an identification when shown a photographic lineup.

**February 24, 2019**
**Victim "D.R. & R.R." – Boynton Beach, Florida**
**PBSO Case #19-041289**

23. D.R. reports receiving a telephone call on February 24, 2019. The caller identified herself as "Ashley Jenkins," who claimed to be a Bank of America representative. "Ashley" informed D.R. of fraud on D.R.'s account. Ashley also said that a person was in custody in reference to this fraud. D.R. reports Ashley provided legitimate banking information regarding D.R.'s account that led D.R. to believe Ashley was a legitimate Bank of America employee.

---

[8] The bank statement does not reflect which of the two debit cards, one in the name of R.S. and one in the name of T.S. was used to make the purchase. Regardless, the person using the debit card was not R.S. or T.S.

10

Ashley told D.R. they needed to secure D.R.'s debit and credit cards and replace them with new ones. D.R. was advised that another bank employee would come to R.S.'s Boynton Beach home to collect the "compromised" cards.

24. D.R.'s spouse, "R.R.", answered the door to a heavyset black female identifying herself as "Kerry." Kerry was described as a black female, heavyset (140 -150 lbs), 5'4" tall, with long purple hair, brown eyes, and wearing a sleeveless maroon dress and sandals. Kerry picked up 1 Debit card (#3734), 1 Credit Card (#1040), and 1 Rewards Card (#9373) from D.R. and 1 Debit card (#9474) from R.R., complete with PIN numbers. Kerry used the phone located in the kitchen to confirm the numbers, expiration dates, and CCV numbers of the cards to Ashley, who remained on the phone with D.R. Kerry then left the residence.

25. Ashley remained on the phone with D.R.. Ashley claimed she was removing the alleged fraudulent charges from D.R.'s account. Ashley would put D.R. on hold for extended periods of time, claiming to get new codes which would remove the fraudulent charges. During this time, R.R. was getting text messages from Bank of America asking if purchases currently being made with their cards were authorized. Ashley advised D.R. that those text messages were coming from her and to answer "Yes." D.R. eventually ended her call with Ashley when Ashley claimed to have gotten rid of all the charges. D.R. later checked her accounts and found close to $14,000 in unauthorized charges from Publix, Best Buy purchases, and ATM withdrawals.

26. The following fraudulent transactions were conducted with the Bank of America debit card ending in 3324, in the name of D.R.:[9]

---

[9] This debit card is linked to a Bank of America account ending in 0887.

| No. | Date | Amount | Location |
|---|---|---|---|
| #1 | 24FEB19 | $1,502.67 | Publix, 1005 Gateway Blvd, Boynton Beach, FL |
| #2 | 24FEB19 | $500.00 | Publix, 133 N. Congress Avenue, Boynton Beach, FL |
| #3 | 24FEB19 | $1,502.67 | Publix, 133 N. Congress Ave, Boynton Beach, FL |
| #4 | 24FEB19 | $500.89 | Publix, 133 N. Congress Ave, Boynton Beach, FL |
| #5 | 24FEB19 | $1,502.67 | Publix, 133 N. Congress Ave, Boynton Beach, FL |
| #6 | 24FEB19 | $996.78 | Publix, 3775 W. Woolbright Road, Boynton Beach, FL |
| #7 | 24FEB19 | $1,502.67 | Publix, 3775 W. Woolbright Road, Boynton Beach, FL |
| #8 | 24FEB19 | $400.00 | ATM at 13700 Jog Road, Delray Beach, FL |
| #9 | 24FEB19 | $600.00 | ATM at 13700 Jog Road, Delray Beach, FL |

Total Purchases were approximately $9,008.35.

27. The following fraudulent transactions were conducted with the Bank of America debit card ending in 9474, in the name of D.R., for the checking account ending in 1705.

| No. | Date | Amount | Location |
|---|---|---|---|
| #10 | 24FEB19 | $991.67 | Publix, 1005 Gateway Blvd, Boynton Beach, FL |
| #11 | 24FEB19 | $991.67 | Publix, 3775 W. Woolbright Road, Boynton Beach, FL |
| #12 | 24FEB19 | $991.67 | Publix, 3775 W. Woolbright Road, Boynton Beach, FL |
| #13 | 24FEB19 | $600.00 | ATM, 13700 Jog Road, Delray Beach, FL |

Total Purchases were approximately $3,575.01.

28.   The following fraudulent transactions were conducted with the Bank of America credit card (Visa) ending in 1040, in the name of D.R., for the checking account ending in 1705:

| No. | Date | Amount | Location |
|---|---|---|---|
| #14 | 24FEB19 | $1,184.55 | **Best Buy,** 804 550 N. Congress Ave, Boynton Beach, FL |

Total Purchases were approximately $1,184.55. The total loss for all 14 transactions described above is $13,767.91.

29.   Surveillance video was recovered from the Publix stores located at 1005 Gateway, and 133 N. Congress Ave Publix. At both locations, the cameras captured the image of a heavyset black female in a maroon dress and with purple hair conducting transactions using the debit and/or credit cards identified above. At the Best Buy, the same female is seen inside the store using D.R.'s credit card, as described above. DIXON was shown the Best Buy photograph and

13

confirmed it was her during the April 5th post-Miranda interview. When DIXON's cellular telephone was searched pursuant to her recorded and written consent, photographs of the cards ending in 9373 and 1040 were recovered from her I-Phone.

30. ROBINSON's image was captured making the ATM card transactions (#8 and #9) above. ROBINSON's probation officer did not recognize him in this photograph. ROBINSON was recognized, however, by a PBSO detective that met him during the course this case and is familiar with his appearance. During a two-part recorded interview on September 12 and 25, 2019, DIXON admitted participating in the transactions identified above and identified ROBINSON as her partner. DIXON identified ROBINSON's photograph from the ATM transactions. In addition, a close family member of ROBINSON has also identified him in the photograph.

### March 2, 2019.

31. DIXON stated during her initial interview and during the September 2019 interviews that ROBINSON was almost always her driver and the last car they were using was a Chrysler 300. On March 2, 2019, the Best Buy staff was on alert regarding DIXON after detectives had responded to the case above. One of the tellers recognized DIXON as she tried to use a debit or credit card. The teller asked for identification and she left the store. Video footage films DIXON leaving the store and entering a silver Chrysler 300 sedan, with a visible tag, that was being driven by a skinny black male, with long hair and a white shirt. Broward County Sheriff's Office records documented ROBINSON driving that Chrysler on February 1, 2019.[10] The same

---

[10] The vehicle appears to have two registered owners with different Florida addresses, but neither is ROBINSON.

PBSO detective familiar with ROBINSON's appearance has viewed the video, confirmed its high quality, and identified both DIXON and ROBINSON, who was driving the Chrysler 300.

YOUR AFFIANT SAYETH FURTHER NAUGHT.

_____
Sarah Schaut
Task Force Officer, United States Secret Service

Sworn to before me in West Palm Beach, Florida on February 24, 2020.

_____
HON. DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**     Shaquille P. Robinson

Case No: 20-MJ-8086-DLB

Count 1:

Access Device Fraud

Title 18, United States Code, Section 1029(a)(2)

* **Max. Penalty:**     10 years' imprisonment, followed by up to 3 years' supervised release, a maximum $250,000 fine, and a $100 special assessment

Count 2 - 4:

Bank Fraud

Title 18, United States Code, Section 1344

* **Max. Penalty:**     30 years' imprisonment, followed by up to 5 years' supervised release, a maximum $1,000,000 fine, and a $100 special assessment

Count 5-7:

Aggravated Identity Theft

Title 18, United States Code, Section 1028A

* **Max. Penalty:**     Mandatory 2-year consecutive sentenced, followed by 1 year supervised release, a maximum fine of $250,000, and a $100 special assessment

Count 4:

* **Max. Penalty:**

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  **Dierdre Denise Dixon**

Case No: _____

Count 1:

Access Device Fraud

Title 18, United States Code, Section 1029(a)(2)

* **Max. Penalty:** 10 years' imprisonment, followed by up to 3 years' supervised release, a maximum $250,000 fine, and a $100 special assessment

Count 2 - 3:

Bank Fraud

Title 18, United States Code, Section 1344

* **Max. Penalty:** 30 years' imprisonment, followed by up to 5 years' supervised release, a maximum $1,000,000 fine, and a $100 special assessment

Count 4-5:

Aggravated Identity Theft

Title 18, United States Code, Section 1028A

* **Max. Penalty:** Mandatory 2-year consecutive sentenced, followed by 1 year supervised release, a maximum fine of $250,000, and a $100 special assessment

Count 4:

* **Max. Penalty:**

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-MJ-8086-DLB

**UNITED STATES OF AMERICA**

vs.

**SHAQUILLE P. ROBINSON
and DIERDRE DENISE DIXON,**

   Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? _____ Yes __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
ANTHONY LaCOSTA
ASSISTANT UNITED STATES ATTORNEY
Admin No. A5500698
500 S. Australian Ave, Ste. 400
West Palm Beach, Florida 33401
TEL (561) 820-8711
FAX (561) 820-8777